GENESIS C. STEPHENS

384TH DISTRICT COURT, 500 E. San Antonio Ave. # 906

(915)546-2134     (915)543-3882

gstephens@epcounty.com

March 27, 2015

Court of Criminal Appeals

500 E. San Antonio Ave. #1203

El Paso, TX 79901

Re:    Fidenco Valdez v. State of Texas

Appellate Cause Number: AP-77,042

FILED IN
COURT OF CRIMINAL APPEALS

MAR 3 0 2015

Abel Acosta, Clerk

I Genesis C. Stephens, Official Court Reporter, certify to the Court that I am unable to file the reporter's record in the above styled and numbered case due March 30, 2015 due to my current case load.   I respectfully ask the court to grant a three-month extension of time, or as much time as may be allotted for this type of Record.   Thank you.

/s/Genesis Stephens

Genesis C. Stephens,TEXAS CSR #7835

Expires December 31, 2015